D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff, Axel Braun

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 155,<br><br>    Defendants. | Case No.: 12-4102 YGR (JSC)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

   Respectfully submitted,


Date: *December 1, 2012*          */s/ D. Gill Sperlein*

                                  D. GILL SPERLEIN
                                  THE LAW OFFICE OF D. GILL SPERLEIN
                                  Attorney for Plaintiff, Axel Braun

-1-