1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JULIAN J. PARDINI, SB# 133878
2    Email: pardini@lbbslaw.com
   ASHLEY COWGILL, SB# 258730
3    Email: cowgill@lbbslaw.com
4  333 Bush Street, Suite 1100
   San Francisco, California 94104
5  Telephone: 415.362.2580
   Facsimile: 415.434.0882
6
7  Attorneys for Defendant Doe, IP Address: 71.95.139.10.00

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ALEX BRAUN,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY DISTRIBUTOR DOE 1 AND DEFENDANT DOES 2 through 155,<br><br>Defendants. | CASE NO. 12-CV-4102 YGR-JSC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**<br><br>Date: January 31, 2013<br>Time: 9:00 a.m.<br>Dept.: Courtroom F, 15th Floor<br>Judge: Hon. Jacqueline Scott Corley |
|---|---|

Defendant Doe, IP Address: 71.95.139.10.00's ("Defendant Doe") Motion To Quash Subpoena To Produce Documents, Information, or Objects or To Permit Inspection Of Premises in a Civil Action, came on for hearing before the Honorable Yvonne Gonzalez Rogers, on January 31, 2013, at 9:00 a.m., in Courtroom F of the above-entitled Court.

The Court having considered the papers filed in support of and in opposition to Defendant Doe's Motion to Quash, and any oral argument, and good cause appearing:

///
///
///

4839-5317-3778.1                                     1                             12-CV-4102 YGR-JSC
[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, ET AL.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

Defendant Doe, IP Address: 71.95.139.10.00's Motion To Quash Subpoena To Produce Documents, Information, or Objects or To Permit Inspection Of Premises in a Civil Action is **GRANTED**.

Dated: January ____, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

File No. 24659.587

**CERTIFICATE OF SERVICE**
***Braun v. Primary Distributor Doe Number 1, et al.***
USDC – Northern District, Oakland Division, Case No. 12-CV-4102 YGR-JSC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, California, 94104. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 21, 2012, I served the following document:

**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

I served the document on the following person at the following address (including a fax number and email address, if applicable):

| | |
|---|---|
| The Law Office of D. Gill Sperlein<br>D. Gill Sperlein, Esq.<br>345 Gove Street<br>San Francisco, CA 94102 | Tel: 415.4046615<br>Fax: 415.404.6616<br>Email: gill@sperleinlaw.com |

The document was served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the person listed above.

I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

Dated: December 21, 2012                    /s/ B. Yasinah Johnson
                                                            B. Yasinah Johnson