**D. GILL SPERLEIN (SBN 172887)**
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 155,<br><br>  Defendants. | Case No.: 12-4102 YGR (JSC)<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 142 and 146 from the above-captioned action with prejudice.

Respectfully submitted,

Dated: *January 15, 2013*         */s/ D. Gill Sperlein*
                                  D. GILL SPERLEIN
                                  THE LAW OFFICE OF D. GILL SPERLEIN
                                  Attorney for Plaintiffs