D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff,

Axel Braun

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
June 3, 2014

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AXEL BRAUN,<br><br>    Plaintiff,<br><br>         vs.<br><br>PRIMARY DISTRIBUTOR DOE NUMBER 1 and DEFENDANT DOES 2 through 155,<br><br>    Defendants. | Case No.: 12-4102 YGR (JSC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses this Action without prejudice.

Respectfully submitted,

Dated: *May 6, 2013*          */s/ D. Gill Sperlein*
                              D. GILL SPERLEIN
                              THE LAW OFFICE OF D. GILL SPERLEIN
                              Attorney for Plaintiffs